Andrew Richards, AKBA # 1211109
GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, WA 98101
Tel: (206) 464-3939
Fax: (206) 464-0125
arichards@gsblaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALEUTIAN SPRAY LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN COURAGE,<br><br>    Defendant. | IN ADMIRALTY<br><br>CASE NO.<br><br>COMPLAINT FOR DECLARATORY RELIEF<br><br>(46 U.S.C. § 31343) |

Plaintiff, Aleutian Spray LLC ("Aleutian Spray"), alleges as follows:

**JURISDICTION AND VENUE**

1. Between certain dates in 2008 and 2009, Aleutian Spray engaged the defendant, John Courage ("Mr. Courage"), to work aboard the fishing vessel ALEUTIAN SPRAY, now named PACIFIC SOUNDER, United States Coast Guard Official Number 522870 (the "Vessel").

2. On or about June 18, 2009, a representative of Mr. Courage filed a Notice of Maritime Lien for crew wages and other amounts against the Vessel with the USCG National Vessel Documentation Center at Batch 696603, Document No. 10611633 (the "Lien Notice"). A true and correct copy of the Lien Notice is attached hereto as Attachment 1.

3. Pursuant to 46 U.S.C. § 31343(c)(2), Aleutian Spray seeks a declaration that the Vessel is not subject to the Lien Notice or any underlying lien of Mr. Courage. This Court has

**COMPLAINT FOR DECLARATORY RELIEF**      Page 1
*Aleutian Spray LLC v. John Courage*, Case No.

Case 3:18-cv-00288-TMB    Document 1    Filed 12/14/18    Page 1 of 3

jurisdiction pursuant to 46 U.S.C. § 31343(c)(2) ("[t]he district courts of the United States shall have jurisdiction over a civil action in Admiralty to declare that a vessel is not subject to a lien claimed under subsection (b) of this section, or that the vessel is not subject to the notice of claim of lien, or both, regardless of the amount in controversy or the citizenship of the parties"), and under 28 U.S.C. § 1333 (admiralty and maritime cases). Venue is proper in this Court because the last known residence of the lien claimant, Mr. Courage, was within this district at Dutch Harbor, Alaska. 46 U.S.C. § 31343(c)(2) ("Venue in such an action shall be in the district where the vessel is found or where the claimant resides or where the notice of claim of lien is recorded").

## CLAIM FOR RELIEF
*No lien (46 U.S.C. 31343(c)(2))*

4. Aleutian Spray incorporates and re-alleges paragraphs 1 to 3 above.

5. Contrary to the Lien Notice, Aleutian Spray does not owe Mr. Courage any crew wages or any other amounts of any kind. The Lien Notice and alleged underlying lien of Mr. Courage are without basis in fact or law.

## REQUEST FOR RELIEF

WHEREFORE, Aleutian Spray requests the following relief:

1. For an Order declaring that the Lien Notice and any underlying lien of Mr. Courage are void and of no further force or effect and that the Vessel is not subject to the Lien Notice or any underlying lien of Mr. Courage;

2. For an award of Aleutian Spray's reasonable costs and attorneys' fees pursuant to 46 U.S.C. § 31343(c)(2) and any other applicable authority; and

3. For such other and further relief as the Court may deem necessary and appropriate.

**COMPLAINT FOR DECLARATORY RELIEF** Page 2
*Aleutian Spray LLC v. John Courage*, Case No.

Case 3:18-cv-00288-TMB   Document 1   Filed 12/14/18   Page 2 of 3

GARVEY SCHUBERT BARER
Eighteenth Floor
1191 Second Avenue
Seattle, Washington 98101-2939
(206) 464-3939

DATED this 11th day of December, 2018.

                                        GARVEY SCHUBERT BARER, P.C.

                                        By:   *s/Andrew Richards*
                                              Andrew Richards, AKBA # 1211109
                                              1191 Second Avenue, Suite 1800
                                              Seattle, WA  98101
                                              Tel:  (206) 464-3939
                                              Fax: (206) 464-0125
                                              arichards@gsblaw.com

                                        *Attorneys for Plaintiff*

GSB:9827208.1

**COMPLAINT FOR DECLARATORY RELIEF**                                                                                        Page 3
*Aleutian Spray LLC v. John Courage*, Case No.

Case 3:18-cv-00288-TMB   Document 1   Filed 12/14/18   Page 3 of 3

GARVEY SCHUBERT BARER
*Eighteenth Floor*
*1191 Second Avenue*
*Seattle, Washington 98101-2939*
*(206) 464-3939*