UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALEUTIAN SPRAY LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN COURAGE,<br><br>        Defendant. | IN ADMIRALTY<br><br>CASE NO. 3:18-cv-00288-TMB<br><br>ORDER AND DEFAULT JUDGMENT |

Pursuant to the motion for default judgment of the plaintiff, Aleutian Spray LLC, and L. Civ. R. 55.1 and Federal Rules of Civil Procedure 55(a) and 55(b)(2), IT IS HEREBY ORDERED that:

    1.    The motion for default judgment of Aleutian Spray LLC against the defendant, John Courage, is granted;

    2.    Default is entered against John Courage;

    3.    Default judgment is entered in favor of Aleutian Spray LLC on its Complaint against John Courage; and

    4.    Pursuant to 46 U.S.C. § 31343(c)(2), the Court declares that the Notice of Maritime Lien for crew wages and other amounts filed against the fishing vessel ALEUTIAN SPRAY, now

GARVEY SCHUBERT BARER
*Eighteenth Floor*
*1191 Second Avenue*
*Seattle, Washington 98101-2939*
*(206) 464-3939*

named PACIFIC SOUNDER, United States Coast Guard Official Number 522870 (the "Vessel"), with the United States Coast Guard National Vessel Documentation Center ("NVDC") at Batch 696603, Document No. 10611633 (the "Lien Notice") and any underlying lien of John Courage are void and of no further force or effect and that the Vessel is not subject to the Lien Notice or any underlying lien of John Courage.  A copy of this Order and Default Judgment may be filed with the NVDC.

Entered this <u>10th</u> day of May, 2019.

s/TIMOTHY M. BURGESS<br>U.S. DISTRICT COURT JUDGE